DAVID L. NEALE (SBN 141225)
JULIET Y. OH (SBN 211414)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: dln@lnbyb.com, jyo@lnbyb.com; jsk@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:15-bk-11544-BR |
| | Chapter 11 |
| TKS LEASING, LLC, | **AMENDED DECLARATION OF JULIET Y. OH IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER:** |
| Debtor. | |
| | **(I) AUTHORIZING DEBTOR TO (A) OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(c), 364(d)(1) AND 364(e), AND (B) UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363;** |
| | **(II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED LENDERS PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND 364;** |
| | **(III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) AND 4001(c); AND** |

)
)     **(IV) GRANTING RELATED RELIEF**
)
)
)     DATE:         February 6, 2015
)     TIME:          2:00 p.m.
)     PLACE:        Courtroom "1668"
)                       255 East Temple Street
)                       Los Angeles, California 90012
)
)
)
)
)
)

I, Juliet Y. Oh, hereby declare as follows:

1.      I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

2.      I am a partner of Levene, Neale, Bender, Yoo & Brill L.L.P. ("<u>LNBYB</u>"), bankruptcy counsel to TKS Leasing, LLC, the debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy case ("<u>TKS Leasing</u>"), and its affiliate, Green Fleet Systems, LLC, the debtor and debtor in possession in a related Chapter 11 bankruptcy case ("<u>Green Fleet</u>," and together with TKS Leasing, the "<u>Debtors</u>").  I am licensed to practice law in the State of California and before this Court.

3.      I am informed and advised by the Debtors that Green Fleet is a limited liability company incorporated in the State of Delaware and that TKS Leasing is a limited liability company incorporated in the State of California.

## <u>GREEN FLEET SYSTEMS, LLC</u>

4.      On or about January 21, 2015, I obtained copies of financing statements recorded with the Delaware Secretary of State's office for Green Fleet (copies of which are attached as **<u>Exhibit "1"</u>** hereto).  A summary of the financing statements recorded against Green Fleet in

California is also included in Exhibit "1" hereto.  Briefly, the active filings with respect to Green Fleet are as follows.

5.    **Pacific Enterprise Bank ("PEB")**.    PEB has three (3) active financing statements which purport to cover all or substantially all of Green Fleet's assets, as further described below:

a.    *February 14, 2008*:  A financing statement (filing number 2008 0553063) which purports to cover substantially all of Green Fleet's assets was originally recorded by PEB on February 14, 2008.  A continuation statement (filing number 2012 3143270) was recorded by PEB on August 14, 2012.

b.    *January 26, 2010*:  A financing statement (filing number 2010 0320576) which purports to cover substantially all of Green Fleet's assets was originally recorded by PEB on January 26, 2010.  A continuation statement (filing number 2014 3731064) was recorded by PEB on September 17, 2014.

c.    *September 26, 2011*:  A financing statement (filing number 2011 3682583) which purports to cover substantially all of Green Fleet's assets was originally recorded by PEB on September 26, 2011.

6.    **NMHG Financial Services, Inc.**.  NMHG Financial Services, Inc. has one active financing statement (filing number 2012 1263682) which purports to cover all equipment then or thereafter leased by NMHG Financial Services, Inc. to Green Fleet, including "all accessions, additions, replacements, and substitutions thereto and therefore; and all proceeds including insurance proceeds thereof."  The date of this active filing is April 2, 2012.

7.    **Nissan Motor Acceptance Corporation**.  Nissan Motor Acceptance Corporation has one active financing statement (filing number 2013 1559526) which purports to cover two Nissan forklifts and other equipment identified therein, "together with all present and future attachments, accessories, exchanges, replacements parts, repairs and additions thereto and all chattel paper, documents, general intangibles, instruments, accounts, contract rights, leases and

1    rentals now existing or hereinafter arising therefrom and all cash and non cash proceeds of any of

2    the foregoing." The date of this active filing is April 24, 2013.

3        8.    **First Utah Bank**. First Utah Bank has two (2) active financing statements which

4    purport to cover the respective collateral identified therein, as further described below:

5            a.    *May 22, 2013*: A financing statement (filing number 2013 1956797),

6        which purports to cover all equipment leased by TFG-California, L.P. (as Lessor) to

7        Green Fleet (as Lessee) pursuant to that certain Master Lease Agreement No. TFG/GF

8        052113 dated May 21, 2013, together with "(a) contracts, documents of title, investment

9        property, chattel paper, notes and instruments; (b) accounts, contact rights and general

10        intangibles; (c) records, data, information and documentation; (d) proceeds, whether cash

11        or non-cash, and products of the foregoing in any form; and (e) all rights, claims and

12        remedies of [Green Fleet] arising in connection with any of the foregoing," was recorded

13        by First Utah Bank on May 22, 2013.

14            b.    *June 18, 2013*: A financing statement (filing number 2013 2332089)

15        which purports to cover "[c]ash held as security in connection with that certain Security

16        Agreement, dated May 21, 2013, by and between TFG-California, L.P. and [Green Fleet]

17        and held in an instrument at First Utah Bank, 115 East 1300 South, 2nd Floor, Salt Lake

18        City, UT 84115" was recorded by First Utah Bank on June 18, 2013.

19        9.    **DSCH Capital Partners, LLC d/b/a Far West Capital ("Far West")**. Far

20    West has one active financing statement (filing number 2013 3798536) which purports to cover

21    all assets of Green Fleet. The date of this active filing is September 30, 2013. Pursuant to an

22    Intercreditor Agreement by and between Far West and PEB and dated as of October 9, 2013,

23    PEB agreed to subordinate its security interest in Green Fleet's assets to the security interest of

24    Far West in such assets. A true and correct copy of the foregoing Intercreditor Agreement is

25    attached as **Exhibit "2"** hereto.

26

27                        **TKS LEASING, LLC**

28

4

10.     On or about January 21, 2015, I obtained copies of financing statements recorded with the California Secretary of State's office for TKS Leasing (copies of which are attached as **Exhibit "3"** hereto).  A summary of the financing statements recorded against TKS Leasing in California is also included in Exhibit "3" hereto.  Briefly, the active filings with respect to TKS Leasing are as follows.

11.     **Pacific Enterprise Bank ("PEB")**.  PEB has two (2) active financing statements which purport to cover all or substantially all of TKS Leasing's assets, as further described below:

a.      *October 17, 2008*:  A financing statement (filing number 08-7175681053) which purports to cover substantially all of TKS Leasing's assets was originally recorded by PEB on October 17, 2008.  A continuation statement (filing number 13-73594504) was recorded by PEB on May 7, 2013.

b.      *September 26, 2011*:    A financing statement (filing number 11-7285807332) which purports to cover substantially all of TKS Leasing's assets was originally recorded by PEB on September 26, 2011.

12.     **Eco Flow Transportation, LLC**.  Eco Flow Transportation, LLC has one active financing statement (filing number 14-7441866061) which purports to cover substantially all of TKS Leasing's assets.  The date of this active filing is December 23, 2014.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

13.     The foregoing is provided for information purposes only.  Nothing contained herein is intended to be, and nothing contained herein shall be, construed or interpreted as the provision of any legal opinion by the declarant or LNBYB, or acknowledgement by the Debtors, regarding the validity, priority and extent of any liens asserted by any of the Debtors' creditors against the Debtors or otherwise.  The rights of the Debtors and all of their creditors which respect to the claims, liens and interests asserted by such creditors are fully preserved.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of February, 2015 at Los Angeles, California.

_____

JULIET Y. OH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# <u>EXHIBIT "1"</u>

[Green Fleet Systems, LLC – Financing Statements]

# Delaware

PAGE    1

## The First State

### CERTIFICATE

SEARCHED JANUARY 21, 2015, AT  8:03 P.M.
FOR DEBTOR "GREEN FLEET SYSTEMS, LLC"

```
  1 OF    10   FINANCING STATEMENT                80553063
         EXPIRATION DATE: FEBRUARY 14, 2018
  DEBTOR: GREEN FLEET SYSTEMS, LLC
         19530 SOUTH ALAMEDA STREET                ADDED 02-14-08
         COMPTON                  CA   90221
SECURED: PACIFIC ENTERPRISE BANK
         17748 SKYPARK CIRCLE, SUITE #100          ADDED 02-14-08
         IRVINE                   CA   92614
             F I L I N G   H I S T O R Y
80553063  FILED 02-14-08    AT  1:57 P.M.  FINANCING STATEMENT
23143270  FILED 08-14-12    AT  4:11 P.M.  CONTINUATION

  2 OF    10   FINANCING STATEMENT                90345063
         EXPIRATION DATE: FEBRUARY 2, 2014
  DEBTOR: GREEN FLEET SYSTEMS, LLC
         19530 ALAMEDA STREET                      ADDED 02-02-09
         RANCHO DOMIGUEZ          CA   90221
SECURED: CALIFORNIA ECONOMIC DEVELOPMENT LENDING INITIATIVE
         1333 BROADWAY, SUITE 604                  ADDED 02-02-09
         OAKLAND                  CA   94612
             F I L I N G   H I S T O R Y
90345063  FILED 02-02-09    AT  7:11 P.M.  FINANCING STATEMENT
13721738  FILED 09-28-11    AT  2:50 P.M.  TERMINATION

  3 OF    10   FINANCING STATEMENT                00320576
         EXPIRATION DATE: JANUARY 26, 2020
  DEBTOR: GREEN FLEET SYSTEMS, LLC
         19530 SOUTH ALAMEDA STREET                ADDED 01-26-10
         COMPTON                  CA   90221
SECURED: PACIFIC ENTERPRISE BANK
         17748 SKYPARK CIRCLE, SUITE 100           ADDED 01-26-10
         IRVINE                   CA   92614
             F I L I N G   H I S T O R Y
00320576  FILED 01-26-10    AT  8:00 A.M.  FINANCING STATEMENT
43731064  FILED 09-17-14    AT  5:41 P.M.  CONTINUATION
```

Jeffrey W. Bullock, Secretary of State

20150276831UCXL

AUTHENTICATION: 2057034

150080190

DATE: 01-21-15

# Delaware

**PAGE    2**

*The First State*

```
  4 OF   10   FINANCING STATEMENT              13682583
            EXPIRATION DATE: SEPTEMBER 26, 2016
   DEBTOR: GREEN FLEET SYSTEMS, LLC
            19530 SOUTH ALAMEDA STREET              ADDED 09-26-11
            COMPTON                    CA  90221
  SECURED: PACIFIC ENTERPRISE BANK
            17748 SKYPARK CIRCLE, SUITE #100        ADDED 09-26-11
            IRVINE                     CA  92614
              F I L I N G   H I S T O R Y
  13682583  FILED 09-26-11    AT 12:49 P.M.  FINANCING STATEMENT

  5 OF   10   FINANCING STATEMENT              21263682
            EXPIRATION DATE: APRIL 2, 2017
   DEBTOR: GREEN FLEET SYSTEMS, LLC
            19530 ALAMEDA                           ADDED 04-02-12
            COMPTON                    CA  90221
  SECURED: NMHG FINANCIAL SERVICES, INC.
            PO BOX 35701                            ADDED 04-02-12
            BILLINGS                   MT  59107--570
              F I L I N G   H I S T O R Y
  21263682  FILED 04-02-12    AT  3:16 P.M.  FINANCING STATEMENT

  6 OF   10   FINANCING STATEMENT              21861840
            EXPIRATION DATE: MAY 15, 2017
   DEBTOR: GREEN FLEET SYSTEMS, LLC
            19530 ALAMEDA STREET                    ADDED 05-15-12
            RANCHO DOMINGUEZ           CA  90221
   DEBTOR: GREEN FLEET SYSTEMS S.E., LLC
            276 JIMMY DELOACH PARKWAY               ADDED 05-18-12
            SAVANNAH                   GA  31047
  SECURED: FIRST COMMUNITY FINANCIAL, A DIVISION OF PACIFIC WESTERN
            BANK
            4000 N. CENTRAL AVENUE,                 ADDED 05-15-12
            SUITE 100
            PHOENIX                    AZ  85012
              F I L I N G   H I S T O R Y
  21861840  FILED 05-15-12    AT 12:03 P.M.  FINANCING STATEMENT
  21925991  FILED 05-18-12    AT  2:14 P.M.  AMENDMENT
  23264530  FILED 08-22-12    AT  5:40 P.M.  AMENDMENT
```

Jeffrey W. Bullock, Secretary of State

*20150276831UCXL*

150080190

**AUTHENTICATION:  2057034**

**DATE: 01-21-15**

# Delaware

**PAGE   3**

## The First State

```
24995439   FILED 12-21-12     AT  9:41 A.M.   AMENDMENT
32141738   FILED 06-05-13     AT  4:25 P.M.   AMENDMENT
34169414   FILED 10-24-13     AT 11:51 A.M.   TERMINATION

   7 OF   10   FINANCING STATEMENT              31559526
            EXPIRATION DATE: APRIL 24, 2018
  DEBTOR: GREEN FLEET SYSTEMS, LLC
          20500 ALAMEDA STREET                       ADDED 04-24-13
          LONG BEACH                 CA   90810
 SECURED: NISSAN MOTOR ACCEPTANCE CORPORATION
          8900 FREEPORT PARKWAY                      ADDED 04-24-13
          IRVING                     TX   75063
              F I L I N G   H I S T O R Y
31559526   FILED 04-24-13     AT 10:26 A.M.  FINANCING STATEMENT

   8 OF   10   FINANCING STATEMENT              31956797
            EXPIRATION DATE: MAY 22, 2018
  DEBTOR: GREEN FLEET SYSTEMS, LLC
          6711 SHETLAND CIRCLE                       ADDED 05-22-13
          HUNTINGTON BEACH           CA   92648
 SECURED: FIRST UTAH BANK
          115 EAST 1300 SOUTH, 2ND FLOOR            ADDED 05-22-13
          SALT LAKE CITY             UT   84115
              F I L I N G   H I S T O R Y
31956797   FILED 05-22-13     AT  2:31 P.M.  FINANCING STATEMENT

   9 OF   10   FINANCING STATEMENT              32332089
            EXPIRATION DATE: JUNE 18, 2018
  DEBTOR: GREEN FLEET SYSTEMS, LLC
          6711 SHETLAND CIRCLE                       ADDED 06-18-13
          HUNTINGTON BEACH           CA   92648
 SECURED: FIRST UTAH BANK
          115 EAST 1300 SOUTH, 2ND FLOOR            ADDED 06-18-13
          SALT LAKE CITY             UT   84115
              F I L I N G   H I S T O R Y
32332089   FILED 06-18-13     AT  1:50 P.M.  FINANCING STATEMENT

  10 OF   10   FINANCING STATEMENT              33798536
            EXPIRATION DATE: SEPTEMBER 30, 2018
  DEBTOR: GREEN FLEET SYSTEMS, LLC
```

Jeffrey W. Bullock, Secretary of State

*20150276831UCXL*          AUTHENTICATION: 2057034

 150080190                      DATE: 01-21-15

# Delaware

**PAGE    4**

### The First State

```
        20500 ALAMEDA STREET                    ADDED 09-30-13
        CARSON                     CA   90810
SECURED: DSCH CAPITAL PARTNERS, LLC
        P.O. BOX 30317                          ADDED 09-30-13
        AUSTIN                     TX   78755
             F I L I N G   H I S T O R Y
33798536  FILED 09-30-13    AT 11:18 A.M.  FINANCING STATEMENT
             E N D   O F   F I L I N G   H I S T O R Y
```

    THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND
UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF JANUARY 9, 2015 AT 11:59 P.M.

Jeffrey W. Bullock, Secretary of State

*20150276831UCXL*

*150080190*

**AUTHENTICATION: 2057034**

**DATE: 01-21-15**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
SUE MILLER    3027301129

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

FIRST CORPORATE SOLUTIONS, INC.

32 LOOCKERMAN SQUARE 101D

DOVER DE 19904

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 01:57 PM 02/14/2008
INITIAL FILING # 2008 0553063

SRV: 080161324

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GREEN FLEET SYSTEMS, LLC | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19530 SOUTH ALAMEDA STREET | COMPTON | CA | 90221 | US |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | LTD LIABILITY COMPANY | DE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PACIFIC ENTERPRISE BANK | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 17748 SKYPARK CIRCLE, SUITE #100 | IRVINE | CA | 92614 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all
health-care-insurance receivables), chattel paper, instruments (including but
not limited to all promissory notes), letter-of-credit rights, letters of
credit, documents, deposit accounts, investment property, money, other rights
to payment and performance, and general intangibles (including but not
limited to all software and all payment intangibles); all attachments,
accessions, accessories, fittings, increases, tools, parts, repairs,
supplies, and comingled goods relating to the foregoing property, and all
additions, replacements of and substitutions for all or any part of the
foregoing property; all insurance refunds relating to the foregoing property;
all good will relating to the foregoing property; all records and data and
embedded software relating to the foregoing property, and all equipment,
inventory and software to utilize, create, maintain and process any such
records and data on electronic media; and all supporting obligations relating
to the foregoing property; all whether now existing or hereafter arising,
whether now owned or hereafter acquired or whether now or hereafter subject
to any rights in the foregoing property; and all products and proceeds

| 5. ALTERNATIVE DESIGNATION – | 2007 | | | | |
|---|---|---|---|---|---|
| **6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | **7** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | All Debtors | Debtor 1 | Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**

[UCC1-32946] #4000003800

## UCC FINANCING STATEMENT ADDENDUM – COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME | | |
| GREEN FLEET SYSTEMS, LLC | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

OR

This FINANCING STATEMENT covers the following collateral

(including but not limited to all insurance payments) of or relating to the foregoing property.

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
|---|---|
| Donna Johnson | 9496237600 |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

PACIFIC ENTERPRISE BANK

17748 SKY PARK CIRCLE, SUITE 100

IRVINE CA 92614

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 04:11 PM 08/14/2012*
*INITIAL FILING # 2008 0553063*
*AMENDMENT      # 2012 3143270*
*SRV: 120935582*

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2008 0553063 | |

| 2. | ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement. |
|---|---|
| 3. | ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law. |
| 4. | ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9. |

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor *or* ☐ Secured Party of record. Check only *one* of these two boxes.
Also check *one* of the following three boxes *and* provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | |
|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only *one* box.

Describe collateral ☐ deleted *or* ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

Pacific Enterprise Bank

10. OPTIONAL FILER REFERENCE DATA

Green Fleet Systems

███████████
███████████
███████████
███████████

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Pacific Enterprise Bank
17748 Skypark Circle, Suite 100
Irvine, CA  92614

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 08:00 AM 01/26/2010*
*INITIAL FILING # 2010 0320576*

*SRV: 100077686*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Green Fleet Systems, LLC | | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19530 South Alameda Street | Compton | CA | 90221 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION DE | 1g. ORGANIZATIONAL ID #, if any [X] NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any [ ] NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Pacific Enterprise Bank | | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 17748 Skypark Circle, Suite 100 | Irvine | CA | 92614 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

| 5. ALTERNATIVE DESIGNATION (if applicable): | [ ] LESSEE/LESSOR | [ ] CONSIGNEE/CONSIGNOR | [ ] BAILEE/BAILOR | [ ] SELLER/BUYER | [ ] AG. LIEN | [ ] NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | [ ] All Debtors | [ ] Debtor 1 | [ ] Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

UCC eZFILE                                         9165647800

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC EZFILE

2020 HURLEY WAY STE. 350

SACRAMENTO CA 95825

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:41 PM 09/17/2014
INITIAL FILING  # 2010 0320576
AMENDMENT      # 2014 3731064
SRV: 141191846

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 2010 0320576 | to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | |
|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or ☐ give entire restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

Pacific Enterprise Bank

10. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Sue Becerra                          9496237600

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
PACIFIC ENTERPRISE BANK

17748 SKY PARK CIRCLE, SUITE 100



IRVINE CA 92614
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 12:49 PM 09/26/2011*
*INITIAL FILING # 2011 3682583*

*SRV: 111040487*

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | GREEN FLEET SYSTEMS, LLC | | | |
| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19530 SOUTH ALAMEDA STREET | COMPTON | CA | 90221 | US |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | LTD LIABILITY COMPANY | DE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | | | | |
| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | PACIFIC ENTERPRISE BANK | | | |
| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 17748 SKYPARK CIRCLE, SUITE #100 | IRVINE | CA | 92614 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all fixtures, all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property; and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all

---

| 6. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|
| 8. OPTIONAL FILER REFERENCE DATA | | | | | |

**UCC FINANCING STATEMENT ADDENDUM** – COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME | | |
| GREEN FLEET SYSTEMS, LLC | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

This FINANCING STATEMENT covers the following collateral

insurance payments) of or relating to the foregoing property and wherever
located.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Corporation Service Company                    8008585294

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
CORPORATION SERVICE COMPANY

2711 CENTERVILLE ROAD

SUITE 400

WILMINGTON DE 19808
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 03:16 PM 04/02/2012*
*INITIAL FILING # 2012 1263682*

*SRV: 120385305*

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GREEN FLEET SYSTEMS, LLC | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19530 ALAMEDA | COMPTON | CA | 90221 | US |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | LTD LIABILITY COMPANY | DE | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | | | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NMHG FINANCIAL SERVICES, INC. | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 35701 | BILLINGS | MT | 59107-570 | US |

4. This FINANCING STATEMENT covers the following collateral:

All of the equipment now or hereafter leased by Lessor to Lessee; and all
accessions, additions, replacements, and substitutions thereto and therefore;
and all proceeds including insurance proceeds thereof.

| 5. ALTERNATIVE DESIGNATION - Lessee-Lessor | | | |
|---|---|---|---|

| 6. | This FINANCING STATEMENT is to be filed [for record] [or recorded] in the REAL ESTATE RECORDS.    Attach Addendum    (if applicable) | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | All Debtors ☐ Debtor 1 ☐ Debtor 2 ☐ |
|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

EFS-IND-C&I-8718987001/2-1169619586        [65765990]

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
SHERRY RUTLEDGE

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

FIRST COMMUNITY FINANCIAL
PO BOX 2999
PHOENIX, AZ 85062-2999

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 12:03 PM 05/15/2012*
*INITIAL FILING # 2012 1861840*

*SRV: 120564287*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GREEN FLEET SYSTEMS, LLC | | | | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19530 ALAMEDA STREET | RANCHO DOMINGUEZ | CA | 90221 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LTD. LIAB. C O. | 1f. JURISDICTION OF ORGANIZATION DELAWARE | 1g. ORGANIZATIONAL ID #, if any 4400558 ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| FIRST COMMUNITY FINANCIAL, A DIVISION OF PACIFIC WESTERN BANK | | | | |

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4000 N. CENTRAL AVENUE, SUITE 100 | PHOENIX | AZ | 85012 | USA |

**4.** This FINANCING STATEMENT covers the following collateral:

ALL ASSETS OF DEBTOR AS FURTHER DESCRIBED IN EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
GREEN FLEET SYSTEMS, LLC - DE - STATE

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Capitol Services, Inc.

## EXHIBIT A

This **EXHIBIT A** is made a part of the financing statement to which it is annexed (the "**Financing Statement**") between <u>Green Fleet Systems, LLC</u> ("**Debtor**") and <u>First Community Financial</u>, a division of Pacific Western Bank, a California state-chartered bank ("**Secured Party**").

The word "Collateral" in the Financing Statement includes all assets of Debtor, including without limitation, all of the properties, assets and rights of Debtor described in the next paragraph and, including whatever is encompassed by the applicable Uniform Commercial Code's definition of the following terms, wherever now owned or hereafter acquired or arising, and all proceeds, products, replacements, substitutes, accessions, additions and improvements to any thereof.

All personal and fixture property of every kind and nature including, without limitation, all furniture, fixtures, equipment, raw materials, inventory, other goods, accounts, contract rights, rights to the payment of money, insurance refund claims and all other insurance claims and proceeds, chattel paper (including security agreements and leases), electronic chattel paper, documents, records, instruments, securities and other investment property, deposit accounts, rights to proceeds of letters of credit, letter-of-credit rights, supporting obligations of every nature, and general intangibles including, without limitation, all tax refund claims, license fees, patents, patent applications, trademarks, trademark applications, trade names, copyrights, copyright applications, rights to sue and recover for past infringement of patents, trademarks and copyrights, computer programs, computer software, engineering drawings, service marks, customer lists, goodwill, and all licenses, permits, agreements of any kind or nature pursuant to which (i) Debtor operates or has authority to operate, (ii) Debtor possesses, uses or has authority to possess or use property (whether tangible or intangible) of others, or (iii) others possess, use, or have authority to possess or use Debtor's property (whether tangible or intangible), and all recorded data of any kind or nature, regardless of the medium of recording, including, without limitation, all software, writings, plans, specifications and schematics, and all of Debtor's books and records including but not limited to, all customer lists and lists of account debtors, all ledgers; records reflecting, summarizing or evidencing Debtor's assets, accounts, business operations or financial condition, computer programs, computer discs, computer printouts, and other computer prepared information and computer equipment of any kind.

All terms used in this Exhibit shall be construed and defined (to the extent not inconsistent with the agreement in connection with which the Financing Statement is filed — "**Agreement**"), in accordance with the meaning and definitions set forth in the California Uniform Commercial Code, as amended from time to time; <u>provided</u>, however, with respect to any term used herein that is defined in (i) Article 9 of the Uniform Commercial Code prepared under the joint sponsorship of the American Law Institute and the National Conference of Commissioners on Uniform State Laws, as in force in the jurisdiction in which this financing statement was authorized by Debtor at the time that it was authorized, or (ii) Article 9 as in force at any relevant time in the jurisdiction in which the Financing Statement is filed, or (iii) Article 9 as in force at any relevant time in the jurisdiction in which the terms of the Agreement are enforced, the meaning to be ascribed thereto with respect to any particular item of property shall be that under the more encompassing of the three definitions.

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
|---|---|
| | 8003166660 |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
CAPITOL SERVICES, INC.

1675 SOUTH STATE STREET, SUITE B



DOVER DE 19901
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 02:14 PM 05/18/2012
INITIAL FILING # 2012 1861840
AMENDMENT # 2012 1925991
SRV: 120590960

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2012 1861840 | |

| 2. | ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement. |
|---|---|
| 3. | ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law. |
| 4. | ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9. |

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only **one** of these two boxes.

Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☒ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GREEN FLEET SYSTEMS S.E., LLC | | | |

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 276 JIMMY DELOACH PARKWAY | SAVANNAH | GA | 31047 | US |

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | |
|---|---|---|
| LTD LIABILITY COMPANY | DE | |

8. AMENDMENT (COLLATERAL CHANGE): check only **one** box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

| 9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT |
|---|
| FIRST COMMUNITY FINANCIAL, A DIVISION OF PACIFIC WESTERN BANK |

10. OPTIONAL FILER REFERENCE DATA

DE - STATE

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

8003166660

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CAPITOL SERVICES, INC.

1675 S STATE ST STE B

DOVER DE 19901

**DELAWARE DEPARTMENT OF STATE**
**U.C.C. FILING SECTION**
**FILED 05:40 PM 08/22/2012**
**INITIAL FILING # 2012 1861840**
**AMENDMENT # 2012 3264530**
**SRV: 120962219**

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 2012 1861840 | ☐ to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME |
|---|---|

OR

| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

7. CHANGED (NEW) OR ADDED INFORMATION:

| | 7a. ORGANIZATION'S NAME |
|---|---|

OR

| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | | |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

THE FOLLOWING COLLATERAL LOCATIONS IS ADDED TO THE ABOVE REFERENCED FILE #:

20500 ALAMEDA STREET
CARSON, CA  90801

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT
FIRST COMMUNITY FINANCIAL, A DIVISION OF PACIFIC WESTERN BANK

10. OPTIONAL FILER REFERENCE DATA
DE - STATE

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] | DELAWARE DEPARTMENT OF STATE |
|---|---|
| 8003166660 | U.C.C. FILING SECTION |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
CAPITOL SERVICES, INC.

1675 S STATE ST STE B



DOVER DE 19901
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 09:41 AM 12/21/2012*
*INITIAL FILING # 2012 1861840*
*AMENDMENT    # 2012 4995439*
*SRV: 121376101*

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2012 1861840 | |

| 2. | ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement. |
|---|---|
| 3. | ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law. |
| 4. | ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9. |

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION |
|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

THE FOLLOWING COLLATERAL LOCATION IS ADDED TO THE ABOVE REFERENCED FILE #:

20500 ALAMEDA STREET
CARSON, CA  90801

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

FIRST COMMUNITY FINANCIAL, A DIVISION OF PACIFIC WESTERN BANK

10. OPTIONAL FILER REFERENCE DATA

GREEN FLEET SYSTEMS, LLC – DE – STATE – (DEBTOR: G

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
SHERRY RUTLEDGE

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

FIRST COMMUNITY FINANCIAL
PO BOX 2999
PHOENIX, AZ 85062-2999

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 04:25 PM 06/05/2013*
*INITIAL FILING # 2012 1861840*
*AMENDMENT      # 2013 2141738*
*SRV: 130741118*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2012 1861840 FILED ON 5/15/2012

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 8.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only **one** of these two boxes.
Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GREEN FLEET SYSTEMS, LLC | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only **one** box.
Describe collateral ☒ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

THE FURNITURE, FIXTURES AND EQUIPMENT AS DESCRIBED WITHIN THE ATTACHED
EXHIBIT "A" IS DELETED AS COLLATERAL UNDER THE ABOVE REFERENCED FILING
NUMBER.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FIRST COMMUNITY FINANCIAL, A DIVISION OF PACIFIC WESTERN BANK | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
GREEN FLEET SYSTEMS, LLC - DE - STATE - (DEBTOR1: GREEN FLEET SYSTEMS, LLC)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)        Capitol Services, Inc

**EXHIBIT A**

| Qty. | Description | Serial Number |
|------|-------------|---------------|
| 2 | L-Desk w/bbf & ff color: Mahogany | |
| 2 | ProGrid Mesh Back Taskchair color: black | |
| 2 | Guest Chair, Upholstered Color: Mahogany | |
| 1 | Delivery & Install | |
| 1 | Assemble | |
| 1 | Conference Table - 150 x 42x 54 boat shape-oval legs color: mahogany | |
| 1 | Credenza, 60 x 20 color: mahogany | |
| 1 | Small conference room, round table, 60", color: mahogany | |
| 1 | Delivery & Install | |
| 1 | Assemble | |
| 14 | Panel 47x24 non-power-segment | |
| 4 | Panel 47x30 non-power | |
| 2 | Panel 47x30 non-power-segment | |
| 14 | Panel 47x48 non-power | |
| 10 | Panel 47x48 non-power-segment | |
| 2 | Panel 67x48 non-power | |
| 2 | Panel 67x48 non-power-segment | |
| 3 | Panel 67x30 Power | |
| 3 | Panel 67x30 Power-Segment | |
| 3 | Panel 67x48 Power | |
| 3 | Panel 67x48 Power-Segment | |
| 21 | 47" Panel End | |
| 23 | 47" Straight Connector | |
| 8 | 47" 90 Degree Connector | |
| 9 | 47" T-Mount | |
| 2 | 67" Panel End | |
| 8 | 67" Straight Connector | |
| 4 | 67" 3-way connector | |
| 2 | 67" 90 Degree Connector | |
| 2 | 67" 4-way connector | |
| 6 | Variable height kit | |
| 2 | Base feed | |
| 18 | Duplex Receptacle | |
| 1 | 24x24 worksurface | |
| 20 | 30x24 worksurface | |
| 9 | 48x24 worksurface | |
| 15 | 48x48 corner worksurface, 24D | |
| 24 | AO1314FF LT, Wall track | |
| 15 | box/box/file pedestal | |
| 15 | file/file pedestal | |
| 14 | 30" shelf | |
| 13 | 48" shelf | |
| 14 | 30" flipper door | |
| 13 | 48" flipper door | |
| 14 | General tasklight, 24" | |

| | |
|---|---|
| 13 | General tasklight, 48" |
| 14 | 30x15 tackboard |
| 13 | 48x15 tackboard |
| 1 | 80% discount |
| 7 | U-Desk, w/curve, bbf, lat file, shelves-wood/glass door color:mahogany |
| 1 | U-Desk, w/curve, bbf, lat file, shelves-wood/glass door color:mahogany |
| 1 | L-Desk w/bbf, ff color:mahogany |
| 1 | 48" shelf, color:mahogany |
| 1 | 36" 2-drw lat file, color:mahogany |
| 1 | Storage hutch open color:mahogany |
| 9 | ProGrid Mesh Back Taskchair color: black |
| 14 | Guest Chair, Upholstered Color: Mahogany |
| 4 | Guest chair, Upholstered black vinyl Color: Mahogany |
| 14 | Large Conference Room: Mid back conference chair, color: black/chrome |
| 6 | Small conference room: conference room small leather chair, color:black |
| 2 | Breakroom: round table, 60" metal leg base and T-band, Wilsonart:10745-60 fonthill pear, Gibraltar/7538 Silver |
| 3 | Stack chair w/plastic seat (4-pack) color:black/chrome |
| 8 | Driver's Room: Flip-top table on casters, 72x24, Wilsonart: 10745-60 Fonthill pear, Gibraltar/C5054 silver DuraCast T 20" flip caster silver |
| 1 | Stack chair w/plastic seat (30-pack) dolly included, color:black/chrome |
| 2 | Lobby: lounge chair, color:black |
| 2 | Guest chair:color:mahogany/black fabric |
| 1 | Occasional table, square, 24x24 color:black |
| 1 | Occasional table, rectangular, 48x24 color:black |
| 15 | Cubicle Seating: ProGrid mesh back taskchair color:black |
| 2 | 6'x8'x8 Integra 400 Exterior Guardhouse - Preassembled |
| 1 | Shop Drawings |
| 1 | North elevation facing del amo: (1) set of 6'0" logo 3" deep aluminum reverse pan channel with digital print graphics |
| 1 | West elevation address numerals 18" tall 1/4" black sintra |
| 1 | Truck check in painted aluminum plate with high performance vinyl lettering |
| 1 | Fence sign on Alameda painted aluminum plate with high performance vinyl lettering |
| 1 | West elevation facing Alameda: (1) Logo aluminum reverse pan channel with digital print graphics |
| 1 | Chainlink Fence - Fence Length: 138' Fence height 8', 2-4' gate opening, 8' gate height, terminal posts: 2 7/8", Line post: 2 3/8", top rail: 1 5/8", gate posts: 2 7/8", Galvanized fabric: 11 gauge: 2" mesh |
| 1 | ASAP system to include: |
| 24 | 2.0 MegaPixel dome camera |
| 1 | 32 Network Video Recorder |
| 1 | 16 Port POE switch |
| 3 | 8 Port POE switch |
| 6000 | Category 5 cable |
| 1 | Polished concrete floor: drivers room #129, restrooms #106 & #108 and Hallway #127 |
| 1 | Blackout 42 double line car stalls |
| 1 | Blackout 49 single line tractor stalls at 55' each |
| 1 | Design, layout and paint 99 single line tractor stalls at 26' each |
| 1 | Design, layout and paint 18 single line trailer stalls at 55' each |
| 1 | Paint 1 numbers 1-99 and 1-18 |
| 2 | 2G Boxes |
| 2 | Breakers |

NVR12701

| | |
|---|---|
| 15 | Installed Pipe 10' |
| 1 | Install, term, ID & test, 80 data runs. Also install (1) Norstar ph. 545 w/v.m. set, lable, pros & test 26 phs + conn 10 lines into ph. 545 (2) fax stand/alone Material to include: |
| 80 | Cat5e data runs w/jacks & covers |
| 3 | 48 port data panels |
| 1 | 12x30 Norstar misc. (1 yr. warr. (545 only) |
| 26 | 7310 PSP Phs (used) |
| 1 | 2 post data rack |
| 1 | 4 port flashmail |
| 40 | patch cords |
| 1 | Install 2 new data runs to guard shack term, test and label |
| 1 | Labor |
| 2 | 36x22 Lateral File Top |
| 2 | Meridian-36x24 3-Drw Lateral File - Paint |
| 1 | 45x24 Cabinet no doors w/shelf |
| 1 | 48x24 Cabinet w/doors and shelf |
| 1 | 80% discount |
| 1 | Installation |
| 1 | 36" 2-drw lat file, color:mahogany |
| 1 | 10' x 15' Shipping/Receiving Office: Framing and Drywall, walls to 10' ceiling at 9' furring at concrete |
| 1 | Electrical: Lights, convenience outlets, AC Power |
| 1 | Acoustical Ceiling |
| 1 | Painting |
| 1 | VCT Flooring/Base |
| 1 | Pass Thru Countertop |
| 1 | HVAC Unit (Wall heating/cooling unit) |
| 1 | Door Assembly (hollow metal door/frame) |
| 1 | Pass Thru Window |
| 1 | Three (3) Glass on Fixed Windows |
| 1 | Provide (5) 110v outlets on columns at approximately 20' above finished floor, all on one 20 amp circuit, Includes conduit, wire (sized for voltage drop), lift rental |
| 1 | Logfire Warehouse Management Systems Software, Productivity Tracking Systems Software and Supply Chain Analytics Dashboard solutions software, Including Implementation |
| 1 | WMS, PTS, SCAD for the month of August |

Together with all accessions, accessories, additions, attachments, modifications, repairs, and replacements thereto.

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

8003166660

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CAPITOL SERVICES, INC.

1675 S STATE ST STE B

DOVER DE 19901

```
DELAWARE DEPARTMENT OF STATE
    U.C.C. FILING SECTION
  FILED 11:51 AM 10/24/2013
INITIAL FILING #  2012 1861840
AMENDMENT       # 2013 4169414
     SRV: 131230626
```

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2012 1861840 | |

2. ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.
Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION |
|---|---|
| | |

8. AMENDMENT (COLLATERAL CHANGE): check only _one_ box.

Describe collateral ☐ deleted _or_ ☐ added, _or_ give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT
FIRST COMMUNITY FINANCIAL, A DIVISION OF PACIFIC WESTERN BANK

10. OPTIONAL FILER REFERENCE DATA
GREEN FLEET SYSTEMS, LLC -- DE -- STATE

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

Corporation Service Company                    8008585294

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

CORPORATION SERVICE COMPANY

2711 CENTERVILLE ROAD

SUITE 400

WILMINGTON DE 19808

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 10:26 AM 04/24/2013*
*INITIAL FILING # 2013 1559526*

*SRV: 130474722*

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** GREEN FLEET SYSTEMS, LLC | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS 20500 ALAMEDA STREET | CITY LONG BEACH | STATE CA | POSTAL CODE 90810 | COUNTRY US |
|---|---|---|---|---|

| 1d. TYPE OF ORGANIZATION CORPORATION | 1f. JURISDICTION OF ORGANIZATION DE |
|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION |
|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME NISSAN MOTOR ACCEPTANCE CORPORATION | | | |
|---|---|---|---|

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS 8900 FREEPORT PARKWAY | CITY IRVING | STATE TX | POSTAL CODE 75063 | COUNTRY US |
|---|---|---|---|---|

**4.  This FINANCING STATEMENT covers the following collateral:**

NISSAN FORKLIFT CF50LP 3F475 ser# CP1F2-9W0803, CASCADE 35D-CCS-35A ser#
PTL870048-5R1, NISSAN FORKLIFT CF50LP 3F475 ser# CP1F2-9W0804, CASCADE
35D-CCS-35A ser# PTL870048-3R1: together with all present and future
attachments, accessories, exchanges, replacement parts, repairs and additions
thereto and all chattel paper, documents, general intangibles, instruments,
accounts, contract rights, leases and rentals now existing or hereinafter
arising therefrom and all cash and non cash proceeds of any of the foregoing.

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

5891377 #7566 - 7569    [74980638]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

CORPORATION SERVICE COMPANY

2711 CENTERVILLE ROAD,

SUITE 400

WILMINGTON DE 198081645

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 02:31 PM 05/22/2013
INITIAL FILING # 2013 1956797

SRV: 130634598

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GREEN FLEET SYSTEMS, LLC | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6711 SHETLAND CIRCLE | HUNTINGTON BEACH | CA | 92648 | US |

| | 1d. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|---|
| | LTD LIABILITY COMPANY | DE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 2d. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION |
|---|---|---|
| | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FIRST UTAH BANK | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 115 EAST 1300 SOUTH, 2ND FLOOR | SALT LAKE CITY | UT | 84115 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

The "Collateral" covered by this financing statement shall consist of all equipment, goods and other property, however described, including all parts, substitutions and replacements thereof, and all attachments, additions, accessories and accessions thereto, whether now or hereafter acquired, existing or arising in connection with that certain Master Lease Agreement No. TFG/GF 052113 dated May 21, 2013, between TFG-California, L.P., as Lessor, and Debtor, as Lessee, including Lease Schedule No. 001, dated May 21, 2013, as the same may be amended, and further including without limitation any other lease schedule entered into pursuant thereto, including without limitation any and all amendments, addenda and supplements thereto, together with all of the following as they relate to the Collateral: (a) contracts, documents of title, investment property, chattel paper, notes and instruments; (b) accounts, contact rights and general intangibles; (c) records, data, information and documentation; (d) proceeds, whether cash or non-cash, and products of the foregoing in any form; and (e) all rights, claims and remedies of Debtor

**5. ALTERNATIVE DESIGNATION -- Lessee-Lessor**

| 6. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

## UCC FINANCING STATEMENT ADDENDUM – COLLATERAL
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME | | |
| GREEN FLEET SYSTEMS, LLC | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

This FINANCING STATEMENT covers the following collateral

arising in connection with any of the foregoing.  Debtor has no independent
or separate power, right or authority to encumber, transfer, sell, pledge or
otherwise dispose of the Collateral or of any interest therein except as
expressly directed by Lessor.

This is a "True Lease" and this financing statement is for precautionary and
informational purposes and not to suggest Lessor''s interest in the
Collateral is limited as a security interest only.  The Collateral is owned
by Lessor and leased to Lessee.

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CORPORATION SERVICE COMPANY

2711 CENTERVILLE ROAD,

SUITE 400

WILMINGTON DE 198081645

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 01:50 PM 06/18/2013
INITIAL FILING # 2013 2332089

SRV: 130787667

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GREEN FLEET SYSTEMS, LLC | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6711 SHETLAND CIRCLE | HUNTINGTON BEACH | CA | 92648 | US |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|---|
| | LTD LIABILITY COMPANY | DE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION |
|---|---|---|
| | | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| FIRST UTAH BANK | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 115 EAST 1300 SOUTH, 2ND FLOOR | SALT LAKE CITY | UT | 84115 | US |

4. This FINANCING STATEMENT covers the following collateral:


Cash held as security in connection with that certain Security Agreement, dated May 21, 2013, by and between TFG-California, L.P. and Green Fleet Systems, LLC, and held in an instrument at First Utah Bank, 115 East 1300 South, 2nd Floor, Salt Lake City, UT 84115.


5. ALTERNATIVE DESIGNATION - Lessee-Lessor

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional]    [ ] All Debtors  [ ] Debtor 1  [ ] Debtor 2

8. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

Corporation Service Company          8008585294

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

```
CORPORATION SERVICE COMPANY

2711 CENTERVILLE ROAD

SUITE 400

WILMINGTON DE 19808
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 11:18 AM 09/30/2013*
*INITIAL FILING # 2013 3798536*

*SRV: 131141881*

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GREEN FLEET SYSTEMS, LLC | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 20500 ALAMEDA STREET | CARSON | CA | 90810 | US |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | | | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DSCH CAPITAL PARTNERS, LLC | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 30317 | AUSTIN | TX | 78755 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

All Assets of Debtor –NOTICE – PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND
SECURED PARTY, DEBTOR HAS AGREED NOT TO GRANT A SECURITY INTEREST IN THE
COLLATERAL, DESCRIBED HEREIN AND IN ANY FUTURE COMMERCIAL TORT CLAIMS TO ANY
OTHER SECURED PARTY.  ACCORDINGLY, THE ACCEPTANCE OF ANY SUCH SECURITY INTEREST
BY ANYONE OTHER THAN THE ABOVE SECURED PARTY IS LIKELY TO CONSTITUTE THE
TORTIOUS INTERFERENCE WITH SECURED PARTY'S RIGHTS.
IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S
ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE
SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

---

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable]    **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional]    ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8.** OPTIONAL FILER REFERENCE DATA

[80289113]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "2"

[Intercreditor Agreement between Far West and PEB]

## INTERCREDITOR AGREEMENT

**LENDER:**        DSCH CAPITAL PARTNERS, LLC
                          DBA FAR WEST CAPITAL

**ADDRESS:**       4601 SPICEWOOD SPRINTS ROAD, BLDG 2, SUITE 200
                          AUSTIN, TX 78759

**CREDITOR:**     PACIFIC ENTERPRISE BANK

**ADDRESS:**       17748 SKYPARK CIRCLE, STE 100
                          IRVINE, CALIFORNIA 92614

**BORROWER:**    GREEN FLEET SYSTEMS, LLC,
                          A DELAWARE LIMITED LIABILITY COMPANY

**ADDRESS:**       19530 ALAMEDA STREET
                          RANCHO DOMINQUEZ, CALIFORNIA 90221

## RECITALS:

A.       Borrower is indebted and may hereafter become indebted to Creditor, which indebtedness is secured by a security interest in certain collateral, together with the proceeds thereof as reflected in those certain financing statement filed with the Delaware Secretary of State, filed 02/14/2008, 01/26/2010 and 09/26/2011, Filing Numbers 20080553063, 20100320576 and 20113682583, respectively, and the California Secretary of State, Filed 01/31/2008, Filing Number 08-7146119279.

B.       Borrower is desirous of obtaining from Lender a revolving line of credit in the amount of $3,000,000.00 (the "Credit Facility") to be secured by a security interest in certain Collateral, as that term is defined in paragraph 1. below.

C.       Lender is willing to make such Credit Facility available to Borrower, provided that, among other conditions, that Lender be granted a security interest in the Collateral (as hereinafter defined) of Borrower, which is prior and superior to the security interest of Creditor.

D.       To induce Lender to grant to Borrower such Credit Facility, Creditor is willing to subordinate its security interest in the Collateral, upon the terms and conditions hereinafter set forth.

## AGREEMENTS:

NOW, THEREFORE, in consideration of the mutual covenants herein contained and for other good and valuable consideration, the receipt and sufficiency of which is acknowledged by the execution hereof, the parties hereto do hereby agree as follows:

1.    Definitions. As used in this Agreement, the following words and terms shall have the meaning set forth below and, unless defined herein, shall have the meaning set forth in the Uniform Commercial Code, as amended from time to time.

(a)    "Collateral" means all of Borrower's accounts, contract rights, chattel paper (including notes and security agreements), all guarantees thereof, all inventory, and all proceeds of the foregoing (including insurance proceeds) now existing or hereafter existing, and all books and records relating thereto.

(b)    "Creditor's Collateral" means all property of Borrower, other than Collateral, in which Creditor has a security interest.

(c)    "Lender's Loan Documents" means all documents and instruments, which have or may be executed by Borrower and others in connection with the Credit Facility granted to Borrower, including all modifications, extensions and revisions thereof.

(d)    "Indebtedness" means all principal, interest, any and all advances, debts, obligations and liabilities of Borrower to Lender now or hereafter voluntary or involuntarily arising, whether due or not due, undetermined, secured or unsecured and regardless of whether the Borrower may be liable individually or jointly with others or pursuant to a guaranty, and any and all renewals, modifications or extensions thereof in a principal amount plus all interest and default interest thereon, and all costs and expenses of collecting the same, including but not limited to reasonable attorneys' fees.

2.    Priority. Subject to the terms and conditions of this Agreement, the parties hereby agree:

(a)    The security interest of Lender in the Collateral shall be prior and superior to any security interest of Creditor in the Collateral and that Creditor's security interest in the Collateral is hereby subordinated and shall be junior and inferior to the security interest of Lender in the Collateral to the extent of the Indebtedness.

(b)    In furtherance of the foregoing, each party to this Agreement shall execute and deliver any instrument or document reasonably requested and prepared from time to time by the other party to confirm the foregoing subordination.

3.    Forbearance by Creditor. Until all Indebtedness has been fully paid and satisfied, Creditor shall take no action, without the prior written consent of Lender, to enforce its security interest in the Collateral, including but not limited to notifying the account debtor's of Creditor's security interest, or attempting to collect or realize upon the Collateral, or foreclosing its security interest in the Collateral. In the event that Creditor obtains possession of any proceeds of the Collateral, said proceeds shall be held in trust by Creditor as the property of

Lender and Creditor shall promptly deliver same to Lender in precisely the form received. Notwithstanding the foregoing, nothing herein contained shall be construed to inhibit or limit in any way Creditor's rights with respect to the enforcement of its security interest in Creditor's Collateral.

4.    Enforcement of Lender's Security Interest.    Lender may at any time exercise all rights and remedies as are granted to it by law and/or in Lender's Loan Documents with respect to the Collateral, without the consent of Creditor. In this regard, Lender shall account to Creditor for any surplus received from a liquidation or disposition of the Collateral in excess of the Indebtedness of Borrower to Lender. In liquidating or disposing of the Collateral, Lender need only use its reasonable best judgment with respect thereto and shall not be liable to Creditor for any act or omission with respect to the liquidation of the Collateral or the fact that the proceeds realized from a liquidation of the Collateral could, under any circumstances, have been greater, excluding any liability arising out of a sale which is not commercially reasonable.

5.    Waiver.    Creditor agrees that Lender may, without notice to or consent of Creditor which is hereby waived, increase from time to time the maximum principal amount of the Credit Facility, extend credit from time to time to Borrower regardless of Borrower's present or future financial condition and without any obligation to furnish to Creditor any information in Lender's possession concerning Borrower's financial condition.

6.    Continuing Agreement. Creditor agrees that this Agreement shall continue until all Indebtedness shall have been fully paid and satisfied. Creditor agrees that Lender may modify, extend, or amend Lender's Loan Documents now or hereafter executed between Borrower and Lender, including, without limitation, increase from time to time the maximum principal amount of the Credit Facility, release its security interest in any of the Collateral or extend the time for the payment of any Indebtedness without effecting or impairing the rights of Lender under this Agreement.

7.    Benefit of Agreement. This Agreement shall be binding upon and inure to the benefit of Creditor and Lender and their respective successors and assigns.

8.    Governing Law. This Agreement shall be governed by the internal laws of the State of California, without regard to principles of conflict of laws.

9.    Attorneys' Fees. In the event of any litigation between the parties arising out of this Agreement, the prevailing party shall be entitled to recover its costs and expenses, including attorneys' fees, which costs and expenses shall be set by the court sitting without a jury.

10.    Amendments.    This Agreement may be amended or modified only by a writing executed by Creditor and Lender.

11.    Counterparts.    This Agreement may be executed in any number of separate counterparts, all of which when taken together shall constitute one and the same instrument.

12.    Headings. Section headings in this Agreement are for convenience and reference only and shall not govern the interpretation of any of the provisions of this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of this 9th day of October, 2013.

*LENDER:*

DSCH CAPITAL PARTNERS, LLC
DBA FAR WEST CAPITAL

By: _____
    Brian Center

Its: Chief Operating Officer

*BORROWER:*

GREEN FLEET SYSTEMS, LLC
A DELAWARE LIMTED LIABILTY COMPANY

By: _____
    Gary C. Mooney

Its: Chief Executive Officer

*CREDITOR:*

PACIFIC ENTERPRISE BANK
By: _____

Its: Senoir Vice President

1
2
3
4
5
6
7

# EXHIBIT "3"

[TKS Leasing, LLC – Financing Statements]

Report Date: Jan 21, 2015

ASK US ABOUT UCC eZFILE(R)
800.952.5696



# CLAS INFORMATION SERVICES

2020 Hurley Way, Suite 350, Sacramento, CA 95825
Local: 916/564-7800 Fax: 916/564-7900 Toll Free: 800/952-5696

## UCC Search Report

| | |
|---|---|
| **Type of Search :** | UCCs, Federal Tax Liens, State Tax Liens, and Judgments |
| **Jurisdiction/Filing Office :** | State of California, Secretary of State Uniform Commercial Code Division |
| **Effective Index Date :** | Jan. 13, 2015 |
| **Subject Search Name :** | TKS LEASING LLC |
| **Search Key Entered :** | TKSLEASINGLLC |

## Results

Based on a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California, there are no active liens of record other than those set out below. Liens reflected in this report were based on the searcher's individual search parameters, the search key entered, as well as the searcher's choice of the liens ultimately included or excluded herein.
**Certification can only be obtained through the office of the California Secretary of State.**

### 1. UCC Financing Statement

|  |  |  |  |
|---|---|---|---|
| **Document No. :** | 20087175681053 | **Lapses:** | 10/17/2018 |
| **Filed :** | 10/17/2008 | | |
| **Debtor :** | TKS LEASING, LLC<br>19051 GOLDENWEST ST. STE 106 314<br>HUNTINGTON BEACH  CA  92648 | | |
| **Secured Party :** | PACIFIC ENTERPRISE BANK<br>17748 SKYPARK CIRCLE, SUITE #100<br>IRVINE  CA  92614 | | |
| **Amendment Type :** | Continuation | | |
| **File No. :** | 201373594504 | | |
| **Filed :** | 5/7/2013 | | |

### 2. UCC Financing Statement

|  |  |  |  |
|---|---|---|---|
| **Document No. :** | 20097186452658 | **LAPSED: 2/2/2014** | |
| **Filed :** | 2/2/2009 | | |
| **Debtor :** | TKS LEASING, LLC<br>19530 ALAMEDA STREET<br>RANCHO DOMINGUEZ  CA  90221 | | |
| **Secured Party :** | CALIFORNIA ECONOMIC DEVELOPMENT LENDING INITIATIVE<br>1333 BROADWAY, SUITE 604<br>OAKLAND  CA  94612 | | |
| **Amendment Type :** | Termination | | |
| **File No. :** | 201172860956 | | |
| **Filed :** | 9/28/2011 | | |

### 3. UCC Financing Statement

|  |  |  |  |
|---|---|---|---|
| **Document No. :** | 20117285807332 | **Lapses:** | 9/26/2016 |
| **Filed :** | 9/26/2011 | | |

**Debtor :**  TKS LEASING, LLC
19530 ALAMEDA STREET
RANCHO DOMINGUEZ  CA  90221

**Secured Party :**  PACIFIC ENTERPRISE BANK
17748 SKY PARK CIRCLE, SUITE 100
IRVINE  CA  92614

## 4. UCC Financing Statement

**Document No. :**  20147441866061                    **Lapses:**  12/23/2019

**Filed :**  12/23/2014

**Debtor :**  TKS LEASING, LLC
20500 ALAMEDA STREET
CARSON  CA  90810

**Secured Party:**  ECO FLOW TRANSPORTATION, LLC
18735 SOUTH FERRIS PLACE
RANCHO DOMINGUEZ  CA  90220

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.

## ---------- END OF REPORT ----------

## Report Parameters

The UCC Revised Article 9 Model Administrative Rules (MARS) provide state filing offices with a set of guidelines for producing a legally compliant UCC lien search report. The search tool used to create this search report was designed to satisfy the requirements under MARS while providing the searcher with increased flexibility.

Flexible search logic generates a more inclusive search report and addresses the inconsistencies in searches performed within states that did not effectively adopt the MARS guidelines. Further, these specially designed broad-based searching features aid in the location of involuntary liens such as Federal and State Tax Liens and Judgment Liens and liens that may not be located in state databases limited to the MARS guidelines for the reporting of UCCs.

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
RENAE BRANCH
949-623-7616

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
PACIFIC CORPPORATE & TITLE SERVICES
914 S STREET
Sacramento, CA 95814
USA

**DOCUMENT NUMBER:** 18793450002
**FILING NUMBER:** 08-7175681053
**FILING DATE:** 10/17/2008 14:11
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

OR

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| TKS LEASING, LLC | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19051 GOLDENWEST ST. STE 106 314 | HUNTINGTON BEACH | CA | 92648 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | LimitedLia bilityComp any | CA | 200800210191 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

OR

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

OR

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| PACIFIC ENTERPRISE BANK | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 17748 SKYPARK CIRCLE, SUITE #100 | IRVINE | CA | 92614 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and comingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to

| 5. ALT DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING |
|---|

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
[UCC1-37735]

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| OR | TKS LEASING, LLC |
| **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX** |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 18793450002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13. This FINANCING STATEMENT covers** ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

**16. Additional collateral description:**

any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

**15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
DONNA JOHNSON
949-623-7586

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
PACIFIC ENTERPRISE BANK
17748 SKYPARK CIRCLE SUITE 100
Irvine, CA 92614
USA

**DOCUMENT NUMBER:** 37634350002
**FILING NUMBER:** 13-73594504
**FILING DATE:** 05/07/2013 17:59
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
08-7175681053

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be
filed [for record] (or recorded) in the REAL ESTATE
RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed
instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to
be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b,
and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| PACIFIC ENTERPRISE BANK | | | |
| OR b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
TKS Leasing 4-11000

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

A. NAME & PHONE OF CONTACT AT FILER [optional]
clasdm
564-7800

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
UCC eZFILE
2020 HURLEY WAY STE 350
Sacramento, CA 95825
USA

DOCUMENT NUMBER: 19939780002
FILING NUMBER: 09-7186452658
FILING DATE: 02/02/2009 13:29
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

OR

1a. ORGANIZATION'S NAME
TKS Leasing, LLC

1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19530 Alameda Street | Rancho Dominguez | CA | 90221 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | LimitedLiabilityComp any | Californ ia | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

OR

2a. ORGANIZATION'S NAME

2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

OR

3a. ORGANIZATION'S NAME
California Economic Development Lending Initiative

3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1333 Broadway, Suite 604 | Oakland | CA | 94612 | USA |

4. This FINANCING STATEMENT covers the following collateral:

**See Attachment(s)**

5. ALT DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

# EXHIBIT "A" TO UCC FINANCIAL STATEMENT

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|-----------|-----------|----------|---------|-------------|---------|---------|----------|
| $500,000.00 | 01-30-2009 | 02-15-2016 | 200901669C | | 9016691 | RAM | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

| Borrower: | Green Fleet Systems, LLC<br>TKS Leasing, LLC<br>19530 Alameda Street<br>Rancho Dominguez, CA  90221 | Lender: | California Economic Development Lending Initiative (CEDLI)<br>1333 Broadway, Suite 604<br>Oakland, CA  94612 |
|-----------|---|---|---|

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

The term "Accounts" means and includes all presently existing and hereafter arising accounts, contract rights, instruments, documents, chattel paper, and all other forms of obligations owing to Debtor arising out of the sale or lease of goods or the rendition of services by Debtor, whether or not earned by performance, and any and all credit insurance, guaranties and other security therefor, as well as all merchandise returned to or reclaimed by Debtor and Debtor's Books (except minute books) relating to any of the foregoing.

The term "Debtor's Books" means and includes all of Debtor's books and records including, but not limited to: minute books; ledgers; records indicating, summarizing or evidencing Debtor's assets, liabilities, the Accounts, the Equipment, the General Intangibles, the Inventory and all information relating thereto; records indicating, summarizing or evidencing Debtor's business operations or financial condition; and all computer programs, disc or tape files, printouts, runs, and other computer prepared information and the equipment containing such information, and all contract rights with third parties relating to the maintenance of any and all of the foregoing.

The term "Equipment" means and includes all of Debtor's present and hereafter acquired machinery, machine tools, equipment, fixtures, office equipment, furniture, furnishings, motors, motor vehicles, tools, dies, parts, jigs, goods (including, without limitation, each of the types of equipment set forth on any schedule which is either now or in the future attached hereto), and any and all additions, attachments, accessories, accessions and improvements thereto, and all substitutions therefor and replacements thereof; all present and future drawings, blueprints, reports, catalogs and computer programs relating thereto; and all of Debtor's Books relating to any of the foregoing.

The term "Investment Property" means and includes all of Debtor's present and future investment property, including, without limitation, securities, security entitlements, securities accounts, commodity contracts, and commodity accounts.

The term "General Intangibles" means and includes all of Debtor's present and future general intangibles and other personal property (including, without limitation, any and all deposit accounts, choses or things in action, goodwill, patents, trade names, trademarks, blueprints, drawings, purchase orders, computer programs, computer discs, computer tapes, literature, reports, catalogs, deposit accounts and tax refunds), letters of credit, letter of credit rights, health care insurance receivables, other than goods and accounts, as well as Debtor's Books relating to any of the foregoing.

The term "Inventory" means all present and future inventory in which Debtor has any interest, including, but not limited to, goods, machinery and equipment held by Debtor for sale or lease or to be furnished under a contract of service; all of Debtor's present and future raw materials, work in process, finished goods, and packing and shipping materials, wherever located; any documents of title representing any of the above; and all of Debtor's Books relating to any of the foregoing.

The term "Instrument" means a negotiable instrument or any other writing that evidences a right to the payment of a monetary obligation, is not itself a security agreement or lease, and is of a type that in ordinary course of business is transferred by delivery with any necessary indorsement or assignment.

The term "Chattel Paper" means a record or records that evidence both a monetary obligation and a security interest in specific goods, a security interest in specific goods and software used in the goods, a security interest in specific goods, and license of software used in the goods, a lease of specific goods, or a lease of specific goods and license of software used in the goods.

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
clasdm
564-7800

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
UCC eZFILE
2020 HURLEY WAY STE 350
Sacramento, CA 95825
USA

DOCUMENT NUMBER: 30500230002
FILING NUMBER: 11-72860956
FILING DATE: 09/28/2011 12:21
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
09-7186452658

**1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.**

**2. ☑ TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3. ☐ CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4. ☐ ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c |
|---|---|---|

**6. CURRENT RECORD INFORMATION:**

OR
| **6a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|
| **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

OR
| **7a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|
| **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

| **7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| **7d. SEE INSTRUCTIONS** | ADD'L DEBTOR INFO | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any** ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

OR
| **a. ORGANIZATION'S NAME** California Economic Development Lending Initiative | | | |
|---|---|---|---|
| **b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
TKS Leasing, LLC

**FILING OFFICE COPY**

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
SUE BECERRA
949-623-7616

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
PACIFIC ENTERPRISE BANK
17748 SKYPARK CIRCLE SUITE 100
Irvine, CA 92614
USA

DOCUMENT NUMBER: 30464390002
FILING NUMBER: 11-7285807332
FILING DATE: 09/26/2011 10:09
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only **one** debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| TKS Leasing, LLC | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19530 Alameda Street | Rancho Dominguez | CA | 90221 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Limited Liability Company | CA | 200800210191  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only **one** debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only **one** secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Pacific Enterprise Bank | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 17748 Sky Park Circle, Suite 100 | Irvine | CA | 92614 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all fixtures, all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property; and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter

| 5. ALT DESIGNATION: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☑ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

## UCC FINANCING STATEMENT ADDENDUM
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME |
|---|
| TKS Leasing, LLC |

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|---|
| | | | |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 30464390002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME |
|---|
| |

| OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME |
|---|
| |

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16. Additional collateral description:**

subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property and wherever located.

**15.** Name and address of RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

**FILING OFFICE COPY**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Corporation Service Company |
| 800-858-5294 |

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703
USA

**DOCUMENT NUMBER:** 46379960002
**FILING NUMBER:** 14-7441866061
**FILING DATE:** 12/23/2014 14:40

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | TKS Leasing, LLC | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 20500 Alameda Street | Carson | CA | 90810 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Eco Flow Transportation, L.L.C | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 18735 South Ferris Place | Rancho Dominguez | CA | 90220 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All assets of the Debtor, wherever located, whether now owned or existing or hereafter acquired or arising, together with all proceeds thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[93899988]

**FILING OFFICE COPY**